IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

     Defendant.
_____/

## ORDER CONTINUING TRIAL

Pending before the Court is Defendant's Second Motion to Continue (doc.21) trial.  As grounds, Defendant explains that he filed a motion to suppress on April 26, 2005.  From April 27 through May 3, Defense counsel was unavailable so the motion could not be heard.  Defendant is currently scheduled for trial on the May 9, 2005 Gainesville trial docket and there is not enough time before the scheduled trial date for the Court to hear and consider the motion.

The Government does not oppose a continuance.  The resulting delay will not be included in the speedy trial act period.  18 U.S.C. § 3161(h)(1)(F); <u>United States v. Davenport</u>, 935 F.2d 1223, 1228 (11th Cir. 1991).  The ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.  Accordingly, it is hereby

ORDERED AND ADJUDGED:

1.    Defendant's Second Motion to Continue Trial (doc. 21) is granted.

2. Trial is reset for 8:30 a.m. on June 13, 2005 at the United States Courthouse in Gainesville, Florida.

3. A hearing on the motion to suppress will be set by separate order or notice from the clerk.

DONE AND ORDERED this 6th day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge