IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Motion to Continue Sentencing Hearing (doc. 57) is granted. Sentencing is reset for February 13, 2006 at 1:30 p.m.

SO ORDERED this 7th day of November, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge