IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

     Defendant.

_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Second Motion to Continue Sentencing Hearing (doc. 60) is granted.  Sentencing is reset for April 3, 2006 at 1:30 p.m.

SO ORDERED this 1st day of February, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge