IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Third Motion to Continue Sentencing Hearing (doc. 65) is granted. Sentencing is reset for May 1, 2006 at 1:30 p.m.

SO ORDERED this 23rd day of March, 2006.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge