IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Fourth Motion to Continue Sentencing Hearing (doc. 67) is granted. Sentencing is reset for July 10, 2006 at 1:30 p.m.

SO ORDERED this 24th day of April, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge