IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Fifth Motion to Continue Sentencing Hearing (doc. 69) is granted. Sentencing is reset for September 5, 2006 at 1:30 p.m. The application for writ of habeas corpus ad prosequendum (doc. 70) is denied as moot.

SO ORDERED this 26th day of June, 2006.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     United States District Judge