IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Sixth Motion to Continue Sentencing Hearing (doc. 74) is granted. Sentencing is reset for November 6, 2006 at 1:30 p.m.

SO ORDERED this 31st day of August, 2006.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge