IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Seventh Motion to Continue Sentencing Hearing (doc. 77) is granted. Sentencing is reset for February 7, 2007 at 1:30 p.m.

SO ORDERED this 25th day of October, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge