IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Ninth Motion to Continue Sentencing Hearing (doc. 84) is granted. Sentencing is reset for 1:30 p.m. on Monday, April 9, 2007 at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 28th day of March, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge