IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                             CASE NO.:   1:05cr6-SPM/AK

ALEX JUAN GARRISON,

　　　Defendant.

_____/

## ORDER FOR FURLOUGH

THIS MATTER comes before the Court upon Defendant Garrison's Motion for Furlough from Incarceration (doc. 87).  Defendant is currently in custody on state charges and has been sentenced on federal charges.  The government has deferred to the probation office for its position on this matter, and the probation office does not object to granting a furlough, subject to certain conditions.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.　　　In the event the state court agrees to release the defendant from custody to allow for a furlough, Defendant may be released from federal custody for a seven-day furlough period, after which time he shall voluntarily surrender to the United States Marshal.

2.　　　On the first day of the furlough, defendant's grandmother, Mavis

Garrison, may pick up Defendant at the facility where he is detained no sooner than 10:00 a.m.  During the seven-day furlough period, the defendant must remain under supervision of his grandmother, Mavis Garrison, at her home. Defendant shall not go outside the home, and will be subject to electronic monitoring.

  3. Defendant shall refrain from any use of alcohol, and refrain from use or unlawful possession of a narcotic drug or other controlled substance.

  4. Defendant shall voluntarily surrender to the United States Marshal in Gainesville, Florida by 4:00 p.m. on the seventh day of the furlough period.

  5. Defendant is reminded that his failure to abide by any of the conditions of release or failure surrender to the United States Marshal by 4:00 p.m. on the seventh day will constitute a violation of the conditions of release and subject the defendant to prosecution for violation of Title 18, United States Code, Section 3146 (Failure to Appear), Title 18, United States Code, Section 3147 (Offense Committed While on Release), Title 18, United States Code, Section 3148 (Sanctions for Violation of Release Conditions).

  DONE AND ORDERED this 12th day of April, 2007.

     *s/ Stephan P. Mickle*

     Stephan P. Mickle
     United States District Judge

CASE NO.:  1:05cr6-SPM/AK