✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Alex Juan Garrison | ) | Case No:  1:05cr6-001 |
| | ) | USM No:  20328-017 |
| Date of Previous Judgment:  April 25, 2007 | ) | Anderson Hatfield |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  72  months **is reduced to**  57 months .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  33 | Amended Offense Level:  31 | |
| Criminal History Category:  III | Criminal History Category:  III | |
| Previous Guideline Range:  168  to  210  months | Amended Guideline Range:  135  to  168  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  April 25, 2007  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  April 15, 2008

_s/ Stephan P. Mickle_
Judge's signature

Effective Date:  _____
(if different from order date)

Stephan P. Mickle, United States District Judge
Printed name and title