IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr6-SPM

ALEX JUAN GARRISON,

      Defendant.
_____/

**ORDER CLARIFYING CONCURRENT SERVICE OF SENTENCE**

      This cause comes before the Court on Defendant Alex Juan Garrison's May 6, 2008 letter (doc. 98), which has been treated by the clerk as a motion for clarification.

      Defendant explains in his letter that after this Court imposed a 72-month sentence[1] upon Defendant for his federal drug charge, the state court issued a sentence for offenses that encompassed the drug charge and ordered that the sentence be served concurrently with Defendant's federal sentence.  This Court did not indicate at the time of sentencing that the federal sentence was to run concurrently with the state sentence because the state sentence had not yet been imposed.

      In accordance with Bureau of Prisons program statement 5160.05, ¶¶

---

[1] The sentence was reduced on April 15, 2008, to a term of 57 months in accordance with 18 U.S.C. § 3582(c)(2).  Doc. 97.

9.b.(3) and 10.b.(3), the Court clarifies that the federal sentence should run concurrently with the state sentence, starting from September 29, 2004, when Defendant was placed in official detention for the drug offense.  It was the Court's intent that Defendant receive this credit, which Defendant was eligible for at the time his federal sentence was imposed.  The Court did not anticipate that the state sentence, which was imposed afterward, would pose an obstacle to Defendant receiving the credit.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Defendant's motion for clarification (doc. 98) is granted.

2. The Court clarifies that Defendant's federal sentence should run concurrently with his state sentence starting from September 29, 2004.

DONE AND ORDERED this 23rd day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:05cr6-SPM